IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| DANNY FOSTER, SR., )<br>  )<br>    Plaintiff, )<br>  )<br>  v. )<br>  )<br>JOSEPH HEADLEY, Warden, )<br>et al., )<br>  )<br>    Defendants. ) | CIVIL ACTION NO.<br>2:22cv535-MHT<br>(WO) |

## OPINION

Plaintiff, a state prisoner, filed this lawsuit seeking to convene a three-judge panel to hear claims of unconstitutional conditions of confinement under Alabama law. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice for failure to obey a court order. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 27th day of December, 2022.

                                            /s/ Myron H. Thompson
                                     **UNITED STATES DISTRICT JUDGE**