IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

DANNY FOSTER, SR.,            )
                              )
    Plaintiff,                )
                              )      CIVIL ACTION NO.
    v.                        )        2:22cv535-MHT
                              )            (WO)
JOSEPH HEADLEY, Warden,       )
et al.,                       )
                              )
    Defendants.               )

JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 10) is adopted.

(2) This lawsuit is dismissed without prejudice for failure to obey a court order.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil

Procedure.

This case is closed.

DONE, this the 27th day of December, 2022.

                          /s/ Myron H. Thompson
                        UNITED STATES DISTRICT JUDGE